**UNITED STATES DISTRICT COURT**
**DISTRICT COLORADO**

GS HOLISTIC, LLC,

Plaintiff,

v.

Smokey Monkey 4 LLC, et al,

Defendants,

Case No. 1:23-cv-01846-RMR-NRN

**<u>CERTIFICATE OF SERVICE</u>**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby certifies that on January 16, 2026, the Orders [DE 41] were mailed via Regular Mail to the Defendants Smokey Monkey 4 LLC, at 1119 W Drake Road, Unit C42, Fort Collins, CO 80526 and Nassim Kchik, at 1705 W Eisenhower Blvd, Loveland, CO 80537.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: <u>/s/ Eddy Leal</u>
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this January 16, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030