**UNITED STATES DISTRICT COURT**
**DISTRICT COLORADO**

GS HOLISTIC, LLC,

Plaintiff,

v.

Smokey Monkey 4 LLC, et al,

Defendants,

Case No. 1:23-cv-01846-RMR-NRN

**PLAINTIFF GS HOLISTIC LLC MOTION FOR EXTENSION OF TIME**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, respectfully moves the Court for an extension of time to file its response to Defendants Smokey Monkey 4 LLC and Nassim Kchik Motion to Dismiss and states as follows: The parties are continuing to attempt to negotiate a potential resolution of this matter that may obviate or narrow the issues presented by the Motion to Dismiss. Considering these ongoing discussions, Plaintiff requests a twenty-five (25) day extension of the deadline to respond to the Motion to Dismiss. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the requested extension.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant a twenty-five (25) day extension of the deadline for Plaintiff to file its response to Defendants' Motion to Dismiss through, and granting such other and further relief as the Court deems just and proper.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this April 24, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030