**UNITED STATES DISTRICT COURT**
**DISTRICT COLORADO**

GS HOLISTIC, LLC,

Plaintiff,

v.

Smokey Monkey 4 LLC, et al,

Defendants,

Case No. 1:23-cv-01846-RMR-NRN

**PLAINTIFF GS HOLISTIC LLC MOTION FOR EXTENSION OF TIME**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, respectfully moves the Court for an extension of time to file its response to Defendants Smokey Monkey 4 LLC and Nassim Kchik Motion to Dismiss. *This is a first-time extension of time*.

Plaintiff respectfully requests a brief extension of time to respond to Defendant's Motion to Dismiss. Good cause exists for the requested extension because undersigned counsel is presently managing several competing deadlines and hearings that require travel. In addition, undersigned counsel has a previously scheduled family travel commitment. As Defendant was unrepresented for much of the litigation, the need for the present filing only recently became apparent.

Further, the parties continue to engage in discussions regarding a potential resolution of this matter, which may narrow or potentially obviate some or all of the issues raised in the Motion to Dismiss. In light of these ongoing discussions, and in the interest of judicial economy, Plaintiff respectfully requests a twenty-five (25) day extension of the deadline to file its response to the Motion to Dismiss.

Undersigned counsel conferred with defense counsel, and he objects to the request to this first time extension. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the requested extension.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant a twenty-five (25) day extension of the deadline for Plaintiff to file its response to Defendants' Motion to Dismiss through, and granting such other and further relief as the Court deems just and proper.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this May 7, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030