**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

GS HOLISTIC, LLC,

Plaintiff

v.

Smokey Monkey 4 LLC, et al,

Defendants

Case No. 1:23-cv-01846-RMR-NRN

Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, respectfully moves the Court for an extension of time to file its Notice of Dismissal, and states as follows:

1. On July 14, 2026, the Court entered an Order directing the parties to file the dismissal paperwork by August 14, 2026. Plaintiff seeks an unopposed 30-day extension of time, through and including September 13, 2026, to file its Notice of Dismissal. Defendant does not oppose the request. Good cause exists for the requested extension. The parties have reached a settlement agreement and require additional time to finalize the settlement agreement.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant an extension of the deadline for Plaintiff to file its Notice of Dismissal through and including September 13, 2026, and grant such other and further relief as the Court deems just and proper.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 14, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030