**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

GS HOLISTIC, LLC,

Plaintiff

v.

Smokey Monkey 4 LLC, et al,

Defendants

Case No. 1:23-cv-01846-RMR-NRN

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Please take notice that Plaintiff GS Holistic, L.L.C., Inc. and Defendants Smokey Monkey 4 LLC and Nassim Kchik (collectively, the "Defendants") hereby dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each Party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: ___________________, 2026

FOR PLAINTIFF

By: /s/Eddy Leal

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com
*Attorney for Plaintiff*

FOR DEFENDANT

/s/Isaac S. Crum

**Isaac S. Crum**
Crum IP LLC
111 East Dunlap Avenue
Suite 1-258
Phoenix, AZ 85020
t: 602-888-3383
isaac@crumip.com
*Attorney for Defendants*